CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
RHe
APR 29 2005
JOHN F. CORCORAN, CLERK
BY: HMcReynolds
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| EARNEST, DALTON,<br>Petitioner, | ) ) ) | Civil Action No. 7:04cv00643 |
| v. | ) ) | **FINAL ORDER** |
| GENE JOHNSON,<br>Respondent. | ) ) ) | By: Jackson L. Kiser<br>Senior U.S. District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED** and **ORDERED**

that the respondents' motion to dismiss shall be and hereby is **GRANTED** and Pate's petition for

writ of habeas corpus pursuant to 28 U.S.C. § 2254 shall be and hereby is **DISMISSED**. This case

shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this order and accompanying

memorandum opinion to the petitioner and counsel of record for the respondents.

ENTER: This 29th day of April_____, 2005.

Senior U.S. District Judge